IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MAURICIO D. GONZALEZ** | : | CIVIL ACTION |
| Plaintiff, | : | |
| | : | |
| vs. | : | NO. 07-4504 |
| | : | |
| **MICHAEL J. ASTRUE, COMMISSIONER** | : | |
| **SOCIAL SECURITY ADMINISTRATION,** | : | |
| Defendant. | : | |

## O R D E R

**AND NOW**, this 25th day of February, 2009, upon consideration of plaintiff's Brief and Statement of the Issues in Support of Plaintiff's Request for Review, Defendant's Response to the Request for Review of Plaintiff, and Plaintiff's Reply Brief in Support of Plaintiff's Request for Judicial Review, the record in this case, and the Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated January 28, 2009, no objections having been filed, **IT IS ORDERED** as follows:

1. The Report and Recommendation of Chief United States Magistrate Judge Thomas J. Rueter dated January 28, 2009, is **APPROVED** and **ADOPTED**;

2. Plaintiff's request for remand is **GRANTED** on the ground of new evidence;

3. The case is **REMANDED** to the Commissioner of Social Security pursuant to sentence six of 42 U.S.C. § 405(g) for further proceedings consistent with the Report and Recommendation; and,

4. The Clerk of Court shall **MARK** the case **CLOSED FOR STATISTICAL PURPOSES**.

BY THE COURT:

/s/ Honorable Jan E. DuBois
JAN E. DUBOIS, J.